WASHINGTON *v.* UNITED STATES.

No. 1012.   Decided June 23, 1958.

*Daniel D. Glasser* for petitioner.

*Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

PER CURIAM.

The petition for writ of certiorari is granted.  The judgment of the United States Court of Appeals for the Seventh Circuit is reversed because of the insufficiency of the evidence and the case is remanded to that Court.

MR. JUSTICE BURTON, MR. JUSTICE CLARK, and MR. JUSTICE WHITTAKER dissent.